UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:  0:23-cv-62009-RLR

DENISE PAYNE,

      Plaintiff,

v.

ALS POMPANO BEACH II LLC,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, and Defendant ALS POMPANO BEACH II LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this January 19, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

*/s/ Justin C. Sorel*
JUSTIN C. SOREL
Florida Bar No.: 0016256
COLE, SCOTT & KISSANE, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9229
Email: justin.sorel@csklegal.com
*Counsel for Defendant,* ALS POMPANO
BEACH II LLC

## CERTIFICATE OF SERVICE

1

2

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 19, 2024.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Phone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: /s/ Anthony J. Perez
        ANTHONY J. PEREZ