UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 0:23-cv-62009-RLR

DENISE PAYNE,

    Plaintiff,

v.

ALS POMPANO BEACH II LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted this February 8, 2024.

| | |
|---|---|
| s/ Anthony J. Perez | /s/ Justin C. Sorel |
| Anthony J. Perez, Esq. | JUSTIN C. SOREL |
| Florida Bar No. 535451 | Florida Bar No.: 0016256 |
| Garcia-Menocal & Perez, P.L. | COLE, SCOTT & KISSANE, P.A. |
| 350 Sevilla Avenue, Suite 200 | 222 Lakeview Avenue, Suite 120 |
| Coral Gables, FL 33134 | West Palm Beach, Florida 33401 |
| Tel.: (305) 553-3464 | Telephone (561) 383-9229 |
| Fax: (305) 553-3031 | Email: justin.sorel@csklegal.com |
| E-Mail: ajperez@lawgmp.com | *Counsel for Defendant,* ALS POMPANO BEACH II LLC |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 8, 2024.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Phone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ